CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
kelsey.helland@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QIUZHU YE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, et al.,<br><br>    Defendants. | CASE NO. 4:26-cv-06417-JST<br><br>**STIPULATION RE: PRELIMINARY INJUNCTION BRIEFING SCHEDULE** |

Subject to the Court's approval, Plaintiff and Defendants, through their undersigned counsel of record, hereby stipulate as follows:

1.      Defendants' response to the Order to Show Cause as to why a preliminary injunction should not issue shall be due July 20, 2026.

2.      Plaintiff's reply shall be due August 5, 2026.

3.      The hearing shall be set for 9:30 a.m. on August 24, 2026, by Zoom videoconference.

4.      The Temporary Restraining Order entered by the Court on June 29, 2026, shall be extended by 60 days from the date of this Stipulation (to Tuesday, September 1, 2026), with all of its terms and conditions to remain in effect during that time.

STIP. RE: PI BRIEFING
4:26-CV-06417-JST

IT IS SO STIPULATED.

DATED: July 3, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ Kelsey J. Helland
KELSEY J. HELLAND
Assistant United States Attorney

Attorneys for Defendants

DATED: July 3, 2026

Respectfully submitted,

LAW OFFICES OF SARAH XIAO QIAN MU

By: /s/ Xiao Qian Mu
Xiao Qian Mu, Esq.
Attorney for Plaintiff Qiuzhu Ye

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: July 6, 2026

HON. JON S. TIGAR
United States District Judge

STIP. RE: PI BRIEFING
4:26-CV-06417-JST