CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7320
    Facsimile: (415) 436-6748
    kenneth.kao@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QIUZHU YE, | Case No. 4:26-cv-06417-JST |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR AUGUST 31, 2026 PRELIMINARY INJUNCTION HEARING; DECLARATION** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al. | |
| Defendants. | |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, the parties stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiff filed her Complaint and Motion for Temporary Restraining Order (TRO) on June 26, 2026 (ECF Nos. 1 and 2);

WHEREAS, on June 29, 2026, this case was reassigned to this Honorable Court (ECF No. 5), and the Court granted Plaintiff's Motion for TRO (ECF No. 10), setting the hearing on preliminary injunction on July 13, 2026, and the following briefing schedule: opposition due July 6, 2026, reply due July 9, 2026. *Id.*;

STIPULATION AND PROPOSED ORDER MODIFYING BRIEFING SCHEDULE; DECLARATION
CASE NO. 4:26-CV-06417-JST

1

WHEREAS, on July 6, 2026, pursuant to the parties' stipulation (ECF No. 14), the Court continued the hearing on preliminary injunction to August 24, 2026, and set the following briefing schedule: opposition due July 20, 2026, reply due August 5, 2026; additionally, the Court ordered the TRO extended to September 1, 2026 (ECF No. 15);

WHEREAS, on July 8, 2026, the Court granted Plaintiff's Motion to Proceed in Forma Pauperis (ECF Nos. 12 and 17);

WHEREAS, on July 10, 2026, pursuant to the parties' stipulation (ECF No. 18), the Court issued a modified order continuing the hearing on preliminary injunction to August 31, 2026, and extending the TRO through September 4, 2026 (ECF No. 20);

WHEREAS, the parties have met and conferred and have agreed to extend the due date for Defendant's opposition to August 1, 2026 in order to allow Defendant sufficient time to assess Plaintiff's motion for injunctive relief prior to filing any response, and to extend the due date for Plaintiff's reply to Defendant's opposition to August 17, 2026, subject to the Court's approval;

WHEREAS, the parties agree that this proposed modification to the briefing schedule, without changing the hearing date or requiring a further extension of the TRO, would permit the parties to more fully research and brief the Court on this specific area of the law and would be in the interests of justice; and

WHEREAS, seemingly, the proposed modification would not prejudice either party or otherwise inconvenience the Court;

///

///

STIPULATION AND PROPOSED ORDER MODIFYING BRIEFING SCHEDULE; DECLARATION
CASE NO. 4:26-CV-06417-JST

Subject to approval of the Court, IT IS HEREBY STIPULATED, by the parties to this action, through their counsel of record, that:

1.     The deadline for Defendant's opposition shall be extended to August 1, 2026.

2.     The deadline for Petitioner's reply shall be extended to August 17, 2026.

**IT IS SO STIPULATED.**

Dated: July 15, 2026                                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

 /s/ *Kenneth J. Kao*
Kenneth J. Kao
Assistant United States Attorney

Attorneys for Defendants

Dated: July 15, 2026                                    Respectfully submitted,

 /s/ *Xiao Qian Mu*
Xiao Qian Mu, Esq.
Law Offices of Sarah Xiao Qian Mu

Attorney for Plaintiff

## ECF ATTESTATION

In accordance with Civil Local Rule 5-1(i)(1), I, Kenneth J. Kao, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

 /s/ *Kenneth J. Kao*
KENNETH J. KAO

STIPULATION AND PROPOSED ORDER MODIFYING BRIEFING SCHEDULE; DECLARATION
CASE NO. 4:26-CV-06417-JST

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED that:

1.      The deadline for Defendant's opposition shall be extended to August 1, 2026.

2.      The deadline for Petitioner's reply shall be extended to August 17, 2026.

DATED: July 16, 2026

_____
HON. JON S. TIGAR
United States District Judge