UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIUZHU YE,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br>Defendants. | Case No. 26-cv-06417-JST<br>**Order Regarding Service**<br>Re: ECF No. 17 |

Having granted Ye's motion to proceed in forma pauperis, ECF No. 17, the Court now orders the United States Marshal for the Northern District of California to serve, without prepayment of fees, a copy of the complaint and its attachments, the summons, and this order on the following defendants: the Attorney General of the United States as well as all additional defendants listed on page two of the summons, ECF No. 9.

**IT IS SO ORDERED.**

Dated: July 28, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California