United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QIUZHU YE,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No. 26-cv-06417-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings[1] | October 30, 2026 |
| Certified administrative record lodged | December 10, 2026 |
| Record meet and confer completed | January 7, 2027 |
| Motion to complete or supplement record | January 21, 2027 |
| Plaintiff's opening summary judgment brief (25 pages) | February 18, 2027 |
| Defendant's opening/opposition Rule 52 brief (25 pages) | March 18, 2027 |
| Plaintiff's opposition/reply Rule 52 brief (20 pages) | April 8, 2027 |
| Defendant's reply brief (15 pages) | April 30, 2027 |

[1] After this deadline, a party may still seek amendment, but must demonstrate good cause. Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Rule 52 motion hearing | May 20, 2027 at 2:00 p.m. |

By stipulation, this case will be decided on cross-motions under Rule 52 of the Federal Rules of Civil Procedure.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

Deadlines set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above dates as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

**IT IS SO ORDERED.**

Dated: October 20, 2026

JON S. TIGAR
United States District Judge